UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHNSON, | No. C 11-6693 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINE** |
| v. | |
| RANDY GROUNDS, Warden; et al., | |
| Defendants. | |

Plaintiff's request for an extension of time to file his amended complaint is GRANTED. (Docket # 9.) The amended complaint must be filed no later than **August 3, 2012**. No further extensions of this deadline should be expected.

IT IS SO ORDERED.

Dated: July 2, 2012

_____
SUSAN ILLSTON
United States District Judge