UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHNSON, | No. C 11-6693 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| RANDY GROUNDS, Warden; et al., | |
| Defendants. | |

Defendant filed an *ex parte* request for a 28-day extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney David Hamilton, the court GRANTS the request. (Docket # 15.) The court now sets the following new briefing schedule for dispositive motions: Defendant must file and serve his dispositive motion no later than **March 8, 2013**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **April 5, 2013**. Defendant must file and serve his reply brief (if any) no later than **April 19, 2013**.

IT IS SO ORDERED.

Dated: February 8, 2013

_____
SUSAN ILLSTON
United States District Judge